**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JeanMarie Magnotti, | No. CV-20-00760-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

The Court has reviewed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS ORDERED GRANTING** the application for leave to proceed in forma pauperis (Doc. 2), without prepayment of costs or fees or the necessity of giving security therefor. Plaintiff shall be responsible for service of the summons and complaint.

Dated this 23rd day of April, 2020.

Dominic W. Lanza
United States District Judge